Manuel Pacheco, Jr.
vs. No. 88499.
Weybosset Pure Food Market

Clara Pacheco
vs. No. 88498.
Weybosset Pure Food Market

Weybosset Pure Food Market
vs. No. 90139.
Manuel Pacheco

### DECISION.

February 7, 1933.

SUMNER, J. Manuel Pacheco and the driver of the Weybosset Pure Food Market truck both approached the street intersection at too great a speed. Clara Pacheco was guilty of contributory negligence in joining her husband in singing as they approached a blind corner.

Decision for the defendant in each case.

For Weybosset Pure Food Market: Quinn, Kernan & Quinn.

For Pachecos: O'Brien, Corrigan & Boyle.

For Pacheco in 90139: McMahon & Tiernan.